ACCEPTED
06-15-00129-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/6/2015 5:58:34 PM
DEBBIE AUTREY
CLERK

Appellate Docket Number:   06-15-00129-CR

Appellate Case Style: Style:   James Barcard Cunningham

Vs.   State of Texas

Companion Case:

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

8/7/2015 7:51:00 AM

DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:   6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: James | ☒ Lead Attorney |
| Middle Name: Barcard | First Name: Clint |
| Last Name: Cunningham | Middle Name: Foster |
| Suffix: | Last Name: Sare |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: $0.00 | ☒ Appointed   ☐ District/County Attorney |
| Pro Se: ○ | ☐ Retained   ☐ Public Defender |
| | Firm Name: Law Office of Clint F. Sare |
| | Address 1: PO Box 1694 |
| | Address 2: |
| | City: Bryan |
| | State: Texas   Zip+4: 77806-1694 |
| | Telephone: 979-822-1505   ext. |
| | Fax: 979-822-1365 |
| | Email: cfs@sarelaw.com |
| | SBN: 00788354 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: The State of Texas | ☒ Lead Attorney |
| Middle Name: | First Name: Douglas |
| Last Name: | Middle Name: |
| Suffix: | Last Name: Howell |
| Appellee Incarcerated? ☐ Yes ☐ No | Suffix: III. |
| Amount of Bond: | ☐ Appointed   ☒ District/County Attorney |
| Pro Se: ○ | ☐ Retained   ☐ Public Defender |
| | Firm Name: Brazos County District Atty ofc. |
| | Address 1: 300 E. 26th Street |
| | Address 2: Suite 310 |
| | City: Bryan |
| | State: Texas   Zip+4: 77803 |
| | Telephone: 979-361-4320   ext. |
| | Fax: 979-361-4368 |
| | Email: |
| | SBN: 10098100   Add Another Appellee/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: | ☐ Lead Attorney |
| Middle Name: | First Name: |
| Last Name: | Middle Name: |
| Suffix: | Last Name: |
| Appellee Incarcerated? ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed   ☒ District/County Attorney |
| Pro Se: ○ | ☐ Retained   ☐ Public Defender |
| | Firm Name: |
| | Address 1: |
| | Address 2: |
| | City: |
| | State: Texas   Zip+4: |
| | Telephone:   ext. |
| | Fax: |
| | Email: |
| | SBN:   Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

| | |
|---|---|
| Nature of Case (Subject matter or type of case): Public Order/Decency | Was the trial by: ☒ jury or ☐ non-jury? |
| Type of Judgment: Jury Trial | Date notice of appeal filed in trial court: July 1, 2015 |
| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: July 13, 2015 | If mailed to the trial court clerk, also give the date mailed : |
| Offense charged: Unlawful Poss Firearm by Felon, enhanced | Punishment assessed: 20 years Institutional Division, TDCJ |
| Date of offense: June 23, 2014 | Is the appeal from a pre-trial order? ☐ Yes ☒ No |

| Defendant's plea: Not Guilty | Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance? |
|---|---|
| If guilty, does defendant have the trial court's certificate to appeal?<br><br>☒ Yes  ☐ No | ☐ Yes  ☒ No |

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☒ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes  ☐ No  ☐ NA    If yes, date filed: July 8, 2015

Date of hearing:    ☒ NA

Date of order: July 1, 2015    ☐ NA

Ruling on motion: ☒ Granted  ☐ Denied  ☐ NA    If granted or denied, date of ruling: July 1, 2015

## VIII. Trial Court And Record

Court: 85th District Court

County: Brazos

Trial Court Docket Number (Cause no):     14-04342-CRF-85

Trial Court Judge (who tried or disposed of the case):

First Name: Kyle

Middle Name:

Last Name: Hawthorne

Suffix:

Address 1: 300 East 26th Street

Address 2: Suite 440

City: Bryan

State: Texas     Zip + 4: 77803

Telephone: 979-361-4272     ext.

Fax: 979-361-4276

Email:

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes ☐ No

If yes, date requested: July 13, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes ☐ No

Was reporter's record requested?   ☒ Yes ☐ No

Was the reporter's record electronically recorded?   ☐ Yes ☒ No

If yes, date requested: July 13, 2015

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Paula

Middle Name:

Last Name: Fredrick

Suffix:

Address 1: 300 East 25th

Address 2: Suite 440

City: Bryan

State: Texas     Zip + 4: 77803

Telephone: 979-361-4272     ext.

Fax: 979-361-4276

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:            Court:

Style:

      Vs.

## X. Signature

Signature of counsel (or Pro Se Party)          Date:  August 6, 2015

                                               State Bar No: 788354

Printed Name:

Electronic Signature:   /s/ Clint Sare              Name:  Clint F. Sare
     (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  August 7, 2015        .

Signature of counsel (or pro se party)          Electronic Signature:   /s/ Clint Sare
                                                     (Optional)

                                               State Bar No.:   788354

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

                (1) the date and manner of service;

                (2) the name and address of each person served, and

                (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: August 7, 2015

Manner Served:

First Name: Douglass

Middle Name:

Last Name: Howell

Suffix:

Law Firm Name: Brazos County District Attorney's Office

Address 1: 300 E. 26th Street, Suite 310

Address 2:

City: Bryan

State Texas     Zip+4: 77803

Telephone: 979-361-4320     ext.

Fax: 979-361-4368

Email:

| | | DC **FILED** A |
|---|---|---|
| | | At 9 o'clock A M |
| | | JUL 1 3 2015 |
| | | MARC HAMLIN, DIST CLERK Brazos County, Texas |
| | | By _____ Deputy |

THE STATE OF TEXAS          §     IN THE 85TH DISTRICT

§

V.                         §     COURT

§

JAMES CUNNINGHAM           §     BRAZOS COUNTY, TEXAS

§

STATE ID NO.: TX07747094   §

# NUNC PRO TUNC
# JUDGMENT OF CONVICTION BY JURY

| Judge Presiding: | HON. **KYLE HAWTHORNE** | Date Judgment Entered: | **6/18/2015** |
|---|---|---|---|
| Attorney for State: | **WILLIAM WARD & JOHN BRICK** | Attorney for Defendant: | **JERRY GRIBBLE** |

Offense for which Defendant Convicted:

**UNLAWFUL POSSESSION OF A FIREARM BY A FELON**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **46.04 Penal Code** |

Date of Offense:

**6/23/2014**

| Degree of Offense: | Plea to Offense: |
|---|---|
| **3RD DEGREE FELONY ENHANCED TO A 2ND DEGREE** | **NOT GUILTY** |

| Verdict of Jury: | Findings on Deadly Weapon: |
|---|---|
| **GUILTY** | **YES, A FIREARM** |

| Plea to 1st Enhancement Paragraph: | **NOT TRUE** | Plea to 2nd Enhancement/Habitual Paragraph: | **N/A** |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | **TRUE** | Findings on 2nd Enhancement/Habitual Paragraph: | **N/A** |

| Punished Assessed by: | Date Sentence Imposed: | Date Sentence to Commence: |
|---|---|---|
| **COURT** | **6/18/2015** | **6/18/2015** |

| Punishment and Place of Confinement: | **TWENTY (20) YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ **N/A** | $ **379.00** | $ **N/A** | ☐ VICTIM (see below)   ☐ AGENCY/AGENT (see below) |

☐ Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was **N/A** .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| Time Credited: | From **8/24/2014** to **6/18/2015**     From     to          From     to |
| | From     to          From     to          From     to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | **N/A DAYS**   NOTES: **N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in **Brazos** County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and ORDERED it entered upon the minutes of the Court.

<u>**Punishment Assessed by Jury / Court / No election  (select one)**</u>

☐ **Jury**. Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☒ **Court**. Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐ **No Election**. Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court FINDS Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

<u>**Punishment Options  (select one)**</u>

☒ **Confinement in State Jail or Institutional Division**. The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ**. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the BRAZOS COUNTY COLLECTIONS DEPARTMENT. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment**. The Court ORDERS Defendant immediately committed to the custody of the Sheriff of **Brazos** County, Texas on the date the sentence is to commence. Defendant shall be confined in the **Brazos** County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the BRAZOS COUNTY COLLECTIONS DEPARTMENT. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment**. The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the **Brazos** County **District Clerk**. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

<u>**Execution / Suspension of Sentence  (select one)**</u>

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

<u>**Furthermore, the following special findings or orders apply:**</u>

_____

Signed and entered on the _10_ day of _____July_____ 2015.


X _____
JUDGE PRESIDING

CAUSE NO. 14-04342-CRF-85

| THE STATE OF TEXAS | § | IN THE 85 DISTRICT COURT |
|---|---|---|
| VS. | § | COUNTY COURT AT LAW NO. 1 / 2 |
| James Cunningham | § | OF BRAZOS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☒ Is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ Is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ Is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ Is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ The defendant has waived the right of appeal.

_____
Judge

6-18-15
Date Signed

DC FILED
At ___ 11 ___ o'clock ___ A ___ M
JUL 0 9 2015
MARC HAMLIN DIST CLERK
Brazos County, Texas
By _____ Deputy

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

James Cunningham
Defendant (if not represented by counsel)
Mailing address: Jail
_____
Telephone number: _____
Fax number (if any): _____

Jay Goble
Defendant's Counsel
State Bar of Texas ID number: 24006297
Mailing address: _____
_____
Telephone number: _____
Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case -- that is, a case in which a defendant's plea was guilty or nolo contendre and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant -- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).